CHERYL L. GRAVES, ESQ.
RIKKI BURNS-RILEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
Phone: (907)  274-5100  Fax: (907) 274-5111
cgraves@farleygraves.com
rbriley@farleygraves.com

Attorneys for Defendant State Farm Fire and Casualty Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| TRAVERS MARKLEY,<br><br>               Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>               Defendant. | Case No: 4:25-cv-00054 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, State Farm Fire and Casualty Company (State Farm), a party in the above matter, gives notice that Case No. 4FA-25-02311CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, where said case was originally filed and is currently pending.  State Farm states:

NOTICE OF REMOVAL
MARKLEY V STATE FARM
CASE NO.4:25-CV-00054

Page 1 of 3

/JT
33996

Case 4:25-cv-00054-HRH     Document 1     Filed 11/05/25     Page 1 of 3

1. Removing party, State Farm, is the defendant in the above-captioned action;

2. On September 24, 2025, the above-entitled action was commenced against State Farm in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks and is presently pending in that court;

3. State Farm was served with a summons and complaint on October 6, 2025;

4. This Notice is filed within thirty (30) days of the date of the original service on defendant;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. State Farm is, and was at all times pertinent to this action, an Illinois corporation. Thus, complete diversity exists between Plaintiff and Defendant;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders served upon defendant State Farm will be filed with the Notice of Lodging State Court Documents.

NOTICE OF REMOVAL
MARKLEY V STATE FARM
CASE NO.4:25-CV-00054

Page 2 of 3

/JT
33996

Case 4:25-cv-00054-HRH   Document 1   Filed 11/05/25   Page 2 of 3

DATED this 5th day of November 2025 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: */s/ Cheryl L. Graves/*
CHERYL L. GRAVES, AK BAR NO: 9711062
RIKKI BURNS-RILEY, AK BAR NO: 1810095
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
cgraves@farleygraves.com
rbriley@farleygraves.com
Attorneys for Defendant State Farm Fire and Casualty company

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 5th day of November 2025 a true and correct copy of the foregoing was served electronically on the following:

**Mark Rayburn, Esq.**
Crowson Law Group
637 A Street
Anchorage, AK 99501
mark@crowsonlaw.com;
julia@crowsonlaw.com

By: */s/ Jennifer Tanksley*
Jennifer Tanksley, Legal Assistant

NOTICE OF REMOVAL
MARKLEY V STATE FARM
CASE NO.4:25-CV-00054

Page 3 of 3

/JT
33996

Case 4:25-cv-00054-HRH   Document 1   Filed 11/05/25   Page 3 of 3